UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Case NO. 8:19-cr-00181-DCC |
| | ) | |
| vs. | ) | |
| | ) | **Memorandum in Opposition to** |
| | ) | **Government's Motion to Disclose Tax** |
| Shequita Latoya Holloway | ) | **Shequita Holloway's Tax Returns** |
| | ) | |
| | ) | |
| | ) | |

  Shequita Holloway opposes the Government's motion to disclose her tax returns to the other parties in this case. (ECF No. 218). Court 7 of the indictment (ECF No. 41) alleges Ms. Holloway possessed a detectable amount of cocaine. Count 8 of the indictment alleges Ms. Holloway made a false statement to federal law enforcement agent. None of the other counts in the indictment pertain to Ms. Holloway. This Court should require the Government to establish relevance of Ms. Holloway's tax returns to the allegations in the indictment before releasing those to the other parties to this case.

                Respectfully Submitted,

                <u>*s/ E. Charles Grose, Jr.*</u>
                E. Charles Grose, Jr.
                The Grose Law Firm, LLC
                400 Main Street
                Greenwood, South Carolina 29646
                (864) 538-4466
                (864) 538-4405 (fax)
                charles@groselawfirm.com
                Federal Court ID: 6072

                ***Attorney for Shequita Holloway***

April 4, 2019
Greenwood, South Carolina