IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:19-181 |
| | ) | |
| v. | ) | |
| | ) | |
| SHEQUITTA LATOYA HOLLOWAY | ) | MOTION TO CONTINUE |

COMES NOW the United States of America by and through its undersigned attorneys and would move the Court to continue the trial of this case from the January 2020 term of Court until the next term of Court.

The office of the United States Attorney requested an investigation by the United States Pretrial Services Office to determine if the Defendant is a suitable candidate for the Pretrial Diversion Program. The Pretrial Services Office has recommended the Defendant for the pretrial diversion program, but the Defendant has not entered into the program as of this date.

                                                          A. LANCE CRICK
                                                          Acting United States Attorney

                      By:    s/Leesa Washington
                             LEESA WASHIGTON
                             Assistant United States Attorney
                             Federal I.D. No: 6973
                             55 Beattie Place, Suite 700
                             Greenville, South Carolina 29601
                             864-282-2100

January 14, 2020