UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America ) | |
| ) | Case NO. 8:19-cr-00181-DCC |
| ) | |
| vs. ) | |
| ) | **Response to Government's** |
| ) | **Motion to Continue** |
| Shequita Latoya Holloway ) | |
| ) | |
| ) | |
| ) | |

Shequita Holloway consents to the Government's motion to continue her case so she can enroll in Pre-Trial Diversion. ECF No. 506. Ms. Holloway will be enrolled in Pre-Trial Diversion prior to jury selection on February 4, 2020, and undersigned counsel will notify the Court once she is enrolled.

Undersigned counsel has specifically advised Ms. Holloway that, by requesting this continuance and/or enrolling in Pre-Trial Diversion, she has waived her rights to a speedy trial for the period of time of the continuance.

Respectfully Submitted,

<u>s/ E. Charles Grose, Jr.</u>
E. Charles Grose, Jr.
The Grose Law Firm, LLC
400 Main Street
Greenwood, South Carolina 29646
(864) 538-4466
(864) 538-4405 (fax)
charles@groselawfirm.com
Federal Court ID: 6072

***Attorney for Shequita Holloway***

January 16, 2020
Greenwood, South Carolina