IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 8:19-00181 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | MOTION |
| SHEQUITA HOLLOWAY | ) | |

COMES NOW the United States of America by and through it undersigned attorneys and would move the Court to continue the trial of this case from the February 2020, term of Court until the October 2021, term of Court.

On January 23, 2020, the defendant signed a written Pretrial Diversion Agreement which provides that prosecution will be deferred by the attorney for the Government for the purpose of allowing the defendant to demonstrate his good conduct. If this continuance is granted, the period of delay would be excludable under the provisions of Title 18, United States Code, Section 3161(h)(2) of the Speedy Trial Act of 1974.

        Respectfully submitted,

        A. LANCE CRICK
        ACTING UNITED STATES ATTORNEY

BY:   s/*Leesa Washington*
        Leesa Washington (I.D. No. 6973)
        Assistant United States Attorney
        55 Beattie Place, Suite 700
        Greenville, SC 29601
        Tel. (864) 282-2100
        Email:   Leesa.Washington@usdoj.gov

January 27, 2020

1